THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANNON J. LEACH, Appellant. [750 NYS2d 421] —Appeal from a judgment of Cattaraugus County Court (Himelein, J.), entered February 11, 2002, which revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Contrary to the contention of defendant, County Court properly directed that the term of imprisonment imposed on the count convicting him of criminal trespass in the second degree (Penal Law § 140.15) shall run consecutively to the term of imprisonment imposed on the count convicting him of criminal mischief in the fourth degree (§ 145.00 [1]). Although defendant committed both crimes during the same criminal transaction, "the crimes [were] committed through separate and distinct acts" (*People v Salcedo,* 92 NY2d 1019,

1021) and have no overlapping elements (*see* § 70.25 [2]). There is no support in the record for defendant's further contention that, in sentencing defendant, the court penalized him for exercising his right to a hearing on the issue whether he violated the terms and conditions of his probation and we decline to exercise our power to modify the sentence as a matter of discretion in the interest of justice (*see People v Fallen,* 249 AD2d 771, 772-773, *lv denied* 92 NY2d 879). Present—Pine, J.P., Hayes, Scudder, Kehoe and Lawton, JJ.